## STILES *v.* JACKSON, on the Demise of NELSON.

*Friday,*
*November 6.*

HELD, that in ejectment a writ of error will not lie in the name of the casual ejector (1).

(1) Vide Adams on Eject. 312.